Timothy W. JEFFRESS, Petitioner–
Appellant,

v.

J.E. GUNJA, Warden, Respondent–
Appellee.

No. 00–7527.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 23, 2001.

Decided March 19, 2001.

Timothy W. Jeffress, pro se. Larry David Adams, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Timothy W. Jeffress appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Jeffress v. Gunja,* No. CA–00–2466–AMD (D.Md. filed Sept. 22, 2000; entered Sept. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*